Judgment affirmed, with costs. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Christina Schmeeleke, as Administratrix, etc., of George H. Schmeeleke, Deceased, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ.

Schwartz Cafe, Respondent, v. Leon Gerstenfeld, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Ida Seit, Respondent, v. Columbia Outfitting Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

George W. Smith, Respondent, v. Lucy Howe, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ.

John H. Springer, Appellant, v. Scott Shoe Company, Respondent.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Benjamin Taishoff and Phillip Taishoff, Copartners, Doing Business as Taishoff Bros., Respondents, v. Nathan Coyne and Israel Kaufman, Appellants, Impleaded with Samuel Palley, Defendant.— Judgment and order affirmed, with costs. No opinion. Woodward, Burr, Rich and Carr, JJ., concurred; Thomas, J., dissented.

Winfield S. Taylor and George Pearson, Composing the Firm of Taylor & Pearson, Respondents, v. Bernard F. Guinan, Appellant.— Judgment and order affirmed, with costs, on the opinion of Mr. Justice Putnam at Trial Term. (Reported in 67 Misc. Rep. 262.) Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Bant Tishman, Appellant, v. Becky Lebendiger, Respondent.— Order of the Municipal Court granting new trial on the ground of newly-discovered evidence reversed, with costs to the appellant, and motion denied, on the authority of *Cheever* v. *Scottish Union & Nat. Ins. Co.* (86 App. Div. 331). Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Mary B. Tower, Respondent, v. Albert E. Tower, Appellant.— Order modified so that the amount of the bond to be given shall be reduced to the sum of $50,000, and as so modified affirmed, without costs; or, if defendant elects, he may apply to the Special Term to give security for the payment of alimony by a mortgage on some of his real property. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

United Building Material Company, Respondent, v. The City of New York and Others, Defendants, Impleaded with William E. Paine and Benjamin B. Odell, Jr., as Receivers of Thomas McNally Company, and Others, Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Thomas, Rich and Carr, JJ., concurred; Burr, J., dissented.

United Building Material Company, Respondent, v. The City of New York and Others, Defendants, Impleaded with William E. Paine and Benjamin B.

Odell, Jr., as Receivers of Thomas McNally Company, and Others, Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Thomas, Rich and Carr, JJ., concurred; Burr, J., dissented.

Myron S. Yochelson and Leonard A. Jaslow, Appellants, v. Douglas Manor Company, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, in the Town of Mount Pleasant, etc., for the Construction of Catskill Aqueduct. Hannah J. Pierce, Appellant.— Motion for reargument denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Wilson A. Cleveland, Appellant, v. George Cromwell, Respondent.— We are of opinion that the evidence of employment by the plaintiff of the defendant as an attorney to represent him in the criminal proceedings is such that the case must be submitted to a jury. For that reason, and on the authority of *Cleveland* v. *Cromwell* (110 App. Div. 82) and *Cleveland* v. *Cromwell* (128 id. 237) the judgment is reversed, on reargument, and a new trial granted, costs to abide the event. Hirschberg, P. J., Woodward and Carr, JJ., concurred; Jenks and Rich, JJ., dissented, on the ground that the evidence in this record did not require the submission of the case to the jury, and that in any event the alleged negligence of the defendant was not the proximate cause of the injury.

First National Bank of the City of Brooklyn, Appellant, v. John G. Jenkins, Jr., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Thomas and Rich, JJ., concurred; Carr, J., dissented.

Richard Gallagher, Appellant, v. Walsh-Kahl Construction Company, Respondent.— Judgment modified by striking therefrom the words "upon the merits," and as so modified judgment and order unanimously affirmed, without costs to either party. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Minnie M. Hankin, Respondent, v. Brooklyn Taxicab Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Rich, JJ., concurred.

Jacob Hochberg, Appellant, v. Richmond Light and Railroad Company, Defendant. Joseph Gans, Respondent.— Order affirmed, with ten dollars costs and disbursements to the respondent, with leave to plaintiff to move at Special Term to have the amount of his attorney's lien ascertained and determined. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, to Acquire Certain Real Estate at Bayside in the Borough and County of Queens, in the City of New York, for Purposes of Water Supply. Herman Crouze, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks and Burr, JJ., concurred.

William A. McCreery, Appellant, v. The Harral Soap Company, Respondent.—